IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONGODB, INC., Plaintiff, | ) | |
| v. | ) | C.A. No. 25-641-MN |
| FERRETDB INC., Defendant. | ) | |

**ORDER**

At Wilmington, this 25th day of September 2026:

WHEREAS, Plaintiff has moved to dismiss FerretDB's three non-patent counterclaims, (Counts IX-XI) on the grounds that they are preempted by patent law (D.I. 27);

WHEREAS, "[f]or patent law preemption to apply . . ., Defendants' allegedly improper statements must concern patent rights." *Dasso Int'l, Inc. v. MOSO N. Am., Inc.*, No. 1:17-CV-01574-RGA, 2018 WL 4626049, at *1 (D. Del. Sept. 26, 2018) (Andrews, J.); *Globetrotter Software, Inc. v. Elan Computer Grp., Inc.*, 362 F.3d 1367, 1374-75 (Fed. Cir. 2004) ("The federal patent laws thus bar state-law liability for communications concerning alleged infringement so long as those communications are not made in 'bad faith.'");

WHEREAS, Defendant's state-law counterclaims are arguably based largely on statements that do not directly concern patent rights, *i.e.*, the bulk of the statements in the Press Release and the Letters are not related to patents and the Court cannot conclude on a motion to dismiss that patent infringement is at the core of all these statements; and

WHEREAS, the Court believes it is premature to resolve the question of preemption at this juncture.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff/Counter-Defendant MongoDB, Inc.'s Motion to Dismiss Defendant/Counter-Plaintiff FerretDB's Amended Counterclaims (D.I. 27) is DENIED.

The Honorable Maryellen Noreika
United States District Judge