IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONGODB, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-641-MN |
| | ) | |
| FERRETDB INC., | ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiff. | ) | |

**PLAINTIFF-COUNTERDEFENDANT'S REQUEST TO THE CLERK OF COURT TO ENTER DEFAULT**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff-Counterdefendant MongoDB, Inc. ("MongoDB"), by and through its undersigned counsel, moves for an order directing the Clerk of Court to enter default against Defendant-Counterplaintiff FerretDB Inc. ("FerretDB") because FerretDB has failed to timely retain new counsel within the thirty-day time period allotted by this Court in its July 23, 2026 Order.

The grounds for this motion are set forth below:

1. On May 23, 2025, MongoDB filed this action against FerretDB asserting infringement of four patents, false advertising under the Lanham Act, and trademark dilution under Delaware state law. D.I. 1.

2. On May 27, 2025, MongoDB served the Complaint on FerretDB. D.I. 6.

3. On June 17, 2025, MongoDB filed an unopposed motion for extension of time for FerretDB to respond to the Complaint because FerretDB had not yet retained Delaware counsel. D.I. 10.

4. On June 18, 2025, the Court granted the motion and set FerretDB's deadline to move, answer, or otherwise respond to the Complaint to August 18, 2025.

5. On August 14, 2025, the parties filed a joint stipulation to extend time for FerretDB to move, answer, or otherwise respond to the Complaint to September 17, 2025, which the Court granted. D.I. 17.

6. On September 17, 2025, FerretDB filed an Answer to the Complaint and Counterclaims against MongoDB. D.I. 18.

7. Per the parties' agreement and the Court's order (D.I. 19), MongoDB filed a motion to dismiss FerretDB's counterclaim for tortious interference with prospective business relationships on October 22, 2025. D.I. 20.

8. On November 5, 2025, FerretDB filed an Amended Answer and Counterclaims. D.I. 22. In light of FerretDB's Amended Answer and Counterclaims, the Court denied MongoDB's motion to dismiss as moot. D.I. 23.

9. Per the parties' agreement and the Court's order (D.I. 24), MongoDB filed a motion to dismiss FerretDB's Amended Counterclaims on December 3, 2025. D.I. 27. After briefing was completed, MongoDB requested oral argument on its Motion to Dismiss FerretDB's Amended Counterclaims. D.I. 33.

10. On April 28, 2026, the Court ordered the parties to file a proposed scheduling order by May 28, 2026. D.I. 35.

11. On May 26, 2026, Farnan LLP and Rogers Counsel filed a motion to withdraw as attorneys for FerretDB. D.I. 36.

12. On July 23, 2026, the Court granted Farnan LLP's and Rogers Counsel's motion to withdraw as counsel for FerretDB and ordered FerretDB to obtain new counsel by August 23, 2026. The Court further ordered the parties to file a proposed scheduling order within thirty days of FerretDB's new counsel entering an appearance.

13. FerretDB failed to retain new counsel by the Court-ordered deadline of August 23, 2026, and, as of the date of this filing, still has not retained new counsel.

14. On September 25, 2026, the Court denied MongoDB's Motion to Dismiss FerretDB's Amended Counterclaims. D.I. 38.

15. It is well established that corporate entities, such as FerretDB, may appear in federal court only through licensed counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993); *Van De Berg v. C.I.R.*, 175 F. App'x 539, 541 (3d Cir. 2006). Entry of default is appropriate where a defendant fails to obtain substitute counsel as ordered by the Court. *See, e.g.*, *Hoxworth v. Blinder, Robinson & Co., Inc.*, 980 F.2d 912, 918 (3d Cir. 1992) ("Nor do we doubt that the district court in this case could have imposed a default judgment against the defendants for failure to comply with its own unambiguous orders to obtain substitute counsel[.]"); *see also FKS Akkad Capital GP, LLC v. JohnFK Med. Co. Inc.*, C.A. No. 20-952-CFC, 2022 WL 2666002, at *2 (D. Del. July 11, 2022) (citing *Hoxworth* and granting default against corporate entity who failed to comply with an order to find substitute counsel); *Genedics, LLC v. Meta Co.*, C.A. No. 17-1062-CJB, 2019 WL 3802650, at *2 (D. Del. Aug. 13, 2019) (noting that the Court entered default for failure to obtain counsel by the Court's deadline).

16. FerretDB has failed to comply with the Court's order to retain substitute counsel by August 23, 2026, and cannot proceed *pro se* in this action. Entry of default against FerretDB is therefore appropriate.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, MongoDB hereby respectfully requests the Court enter the attached order directing the Clerk of Court to enter default against FerretDB as to MongoDB's claims against FerretDB and FerretDB's counterclaims against MongoDB.

*/s/ Nathan R. Hoeschen*
Nathan R. Hoeschen (No. 6232)
Virginia K. Lynch (No. 7423)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
nhoeschen@shawkeller.com
glynch@shawkeller.com
*Attorneys for Plaintiff/Counterclaim-Defendant MongoDB, Inc.*

OF COUNSEL:
David Silbert
Sharif E. Jacob
Ryan J. Hayward
Theresa M. Dawson
Yegina Whang
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

Dated: October 9, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on or about October 9, 2026, this document was served on the persons listed below in the manner indicated:

**BY HAND DELIVERY**
FerretDB Inc.
c/o Northwest Registered Agent
Service, Inc.
8 The Green, Ste B
Dover, DE 19901

*/s/ Nathan R. Hoeschen*
Nathan R. Hoeschen (No. 6232)
Virginia K. Lynch (No. 7423)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
nhoeschen@shawkeller.com
glynch@shawkeller.com
*Attorneys for Plaintiff/Counterclaim-Defendant MongoDB, Inc.*